AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Machinery Solutions, Inc., Frank Carl Amick, and James B. Dubose,
*Plaintiffs*

v.                                          Civil Action No.     3:16-02718-JMC

Doosan Machine Tool America Corporation f/k/a Doosan Infracore America Corporation,
*Defendant*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiffs shall take nothing of the defendant and this action is dismissed pursuant to Rule 12(b)(6).


This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having granted the defendant's motion to dismiss pursuant to Rule 12(b)(6).


Date:   March 21, 2017                              *CLERK OF COURT*

                                                                                    s/Angie Snipes
                                                                        *Signature of Clerk or Deputy Clerk*